IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | Nos. | 3:98-cr-00038-14; |
| | ) | | 3:99-cr-00146-1 |
| v. | ) | | |
| | ) | Judge Nixon | |
| LAMEISHA ANDERSON | ) | | |

## ORDER

Pending before the Court is Defendant Lameisha Anderson's Motion to Continue Sentencing Hearing ("Motion") (Doc. No. 4036). Defendant requests the Court reschedule the hearing, currently scheduled for April 16, 2014, for at least 6 weeks in order to permit her counsel time to review the new Presentence Investigation Report. (*Id.* at 1.) The Court finds the request well taken and the Motion is **GRANTED**. The sentencing hearing for the above-captioned cases is **CONTINUED** to **June 4, 2014**, at **10:00 a.m.**

It is so ORDERED.

Entered this the \_\_11\_\_ day of April, 2014

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT