IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Nos. 3:98-cr-00038-14; |
| | ) | 3:99-cr-00146-1 |
| v. | ) | |
| | ) | Judge Nixon |
| **LAMEISHA ANDERSON** | ) | |

## ORDER

Pending before the Court is Defendant Lameisha Anderson's Motion to Substitute Lead Counsel ("Motion") (Doc. No. 4070). Defendant requests the Court substitute attorney James G. Thomas as counsel of record in the above-captioned cases. (*Id.* at 1.) Defendant states that Mr. Thomas will be primarily responsible for the appeal in case number 3:98-cr-00038-14. (*Id.*)

The Motion is **GRANTED**. Mr. Thomas is substituted as counsel of record for Defendant in case number 3:98-cr-00038-14.

It is so ORDERED.

Entered this the ___ day of June, 2014

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT